UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   05-43621-BKC-AJC
VICTOR M. RIVERA
MARIA A. RIVERA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*U.S. BANKRUPTCY COURT*
*SO. DISTRICT OF FLORIDA-Miami*
**AUG 26 2011**
FILED_____ RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    29.14    remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: **AUG 25 2011** _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

VICTOR M. RIVERA
MARIA A. RIVERA
26244 SW 128 CT
MIAMI, FL 33032

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.  05-43621-BKC-AJC
VICTOR M. RIVERA
MARIA A. RIVERA

                                     CHAPTER 13


VICTOR M. RIVERA
MARIA A. RIVERA
26244 SW 128 CT
MIAMI, FL 33032


MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

CHEVRON CREDIT BANK, N.A.    ---------$         29.14
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                     UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                     CLAIM REGISTER# 20

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130